# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Howell, Dennis L. | USDC, WDNC | 09/19/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge, full | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. Courthouse Building
100 Otis Street, Room 302
Asheville, NC 28801

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executor | Estate ▇▇▇▇▇ |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 09/19/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 09/19/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 09/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | F | Dividend | P1 | T | | | | | |
| 2. -AQR Fds Diversified Arbitrage I | | | | | Sold | 09/10/15 | K | | |
| 3. -DFA 5 Yr. Global Income Fund | | | | | Buy (add'l) | 09/10/15 | K | | |
| 4. -DFA Emerg. Mkts Value Fund | | | | | Buy (add'l) | 06/02/15 | J | | |
| 5. -DFA Emerg. Mkt. Fund | | | | | Buy (add'l) | 09/10/15 | J | | |
| 6. -DFA Emerg. Mkts. Sm Cap Fund | | | | | | | | | |
| 7. -DfA Int'l Real Estate Fund | | | | | Buy (add'l) | 06/02/15 | J | | |
| 8. -DFA Int'l Sm. Cap Value Fund | | | | | | | | | |
| 9. -DFA Int'l Small Co. Fund | | | | | | | | | |
| 10. -DFA Int'l Value Fund | | | | | Buy (add'l) | 06/02/15 | J | | |
| 11. -DFA Large Cap Value Fund | | | | | | | | | |
| 12. -DFA Real Estate Sec. Fund | | | | | | | | | |
| 13. -DFA US Large Co. Instl. | | | | | Sold (part) | 06/02/15 | K | E | |
| 14. -DFA US Micro Cap Fund | | | | | | | | | |
| 15. -DFA US Sm. Cap Value Fund | | | | | Sold (part) | 09/10/15 | J | B | |
| 16. -Loomis Sayles Bond Fund I | | | | | | | | | |
| 17. -Natixis ASG Global Alt Fd CL | | | | | Sold | 09/10/15 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 09/19/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -Vanguard Ltd Term T/E Fd (Adm) | | | | | | | | | |
| 19. -VG S/T invest. Grade (Admiral) | | | | | Buy<br>(add'l) | 09/10/15 | K | | |
| 20. -Virtus Multi Sector S-T Bond I | | | | | Buy<br>(add'l) | 06/02/15 | K | | |
| 21. -Vanguard 500 Index (admiral) | | | | | Buy | 09/10/15 | J | | |
| 22. -TD Bank- Cash Accounts | | | | | | | | | |
| 23. SEP IRA #2 | D | Dividend | N | T | | | | | |
| 24. -AQR Fds Diversified Arbitrage I | | | | | Sold | 09/10/15 | J | | |
| 25. -DFA 5 yr. Global Income Fund | | | | | Buy<br>(add'l) | 09/10/15 | J | | |
| 26. -DFA Core Emerg. Mkts. Fund | | | | | Buy<br>(add'l) | 09/10/15 | J | | |
| 27. -DFA Int'l Real Estate Fund | | | | | | | | | |
| 28. -DFA Int'l Core Equity | | | | | Buy<br>(add'l) | 09/10/15 | J | | |
| 29. -DFA Real Estate Sec. Fund | | | | | | | | | |
| 30. -DFA US Core Equity 2 Fund | | | | | Sold<br>(part) | 09/10/15 | J | C | |
| 31. -Loomis Sayles Bond Fund I | | | | | | | | | |
| 32. -Natixis ASG Global Alt Fd CL | | | | | Sold | 09/10/15 | J | A | |
| 33. -VG S/T Invest. Grade (Admiral) | | | | | Buy<br>(add'l) | 09/10/15 | J | | |
| 34. -Virtus Multi Sector S-T Bond I | | | | | Buy<br>(add'l) | 09/10/15 | J | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 09/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -TD Bank-Cash accounts | | | | | | | | | |
| 36. IRA #3 | D | Dividend | M | T | | | | | |
| 37. -S&P 500 Depository Receipts | | | | | | | | | |
| 38. -AQR Fds Diversified Arbitrage 1 | | | | | | | | | |
| 39. -Baron Small Cap Fund | | | | | | | | | |
| 40. -DFA 5 yr. Global Income Fund | | | | | | | | | |
| 41. -DFA Emerg. Mkt Value Fund | | | | | | | | | |
| 42. -DFA Emerg. Mkts. Fund | | | | | | | | | |
| 43. -DFA Emerg. Mkts. Sm. cap Fund | | | | | | | | | |
| 44. -DFA Int'l Real Estate Fund | | | | | | | | | |
| 45. -DFA Int'l Sm. Cap Value Fund | | | | | | | | | |
| 46. -DFA Int'l Small Co. Fund | | | | | | | | | |
| 47. -DFA Int'l Value Fund | | | | | | | | | |
| 48. -DFA Large Cap Value Fund | | | | | | | | | |
| 49. -DFA Real Estate Sec. Fund | | | | | | | | | |
| 50. -DFA US Large Co. Instl | | | | | | | | | |
| 51. -DFA US Micro Cap Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -DFA US Sm. Cap Value Fund | | | | | | | | | |
| 53. -Loomis Sayles Bond Fund I | | | | | | | | | |
| 54. -Natixis ASG Global Alt Fd CL | | | | | | | | | |
| 55. -Vanguard Pacific Index Fund | | | | | | | | | |
| 56. -VG European Index Fund | | | | | | | | | |
| 57. -VG S/T Invest Grade (Admiral) | | | | | | | | | |
| 58. -Virtus Multi Sector S-T Bond I | | | | | | | | | |
| 59. -TD Bank - cash accounts | | | | | | | | | |
| 60. Wells Fargo Bank | A | Interest | M | T | | | | | |
| 61. Rental Property #1 Burnsville, NC | D | Rent | M | S | | | | | |
| 62. Rental Property #2 Burnsville, NC (X) | | None | N | S | | | | | |
| 63. Rental Property #3 Burnsville, NC | | None | K | S | | | | | |
| 64. Rental Property #4 Burnsville, NC | | None | N | S | | | | | |
| 65. Southern Farm Bureau Life Insurance whole life | A | Interest | K | T | | | | | |
| 66. Dennis L. Howell, PA | | None | J | U | | | | | |
| 67. TD Bank accounts | A | Interest | M | T | Closed | 03/30/15 | M | | |
| 68. First Citizen Investors Services | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 09/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Buncombe Cnty NC CTFS PARTN | B | Interest | K | T | | | | | |
| 70. -Orange Cnty, NC CTFS Partin Pub Impts | A | Int./Div. | K | T | | | | | |
| 71. -University NC Charlotte Rev | A | Interest | K | T | | | | | |
| 72. -NC Med Care Comm Health Care Facs R Ed NC Med Care | B | Interest | K | T | | | | | |
| 73. -NC Med Care Comm Health Care Facs R Ed NC Med Care | A | Interest | K | T | | 03/12/15 | | | |
| 74. -Deposit | A | Interest | K | T | Redeemed | 03/12/15 | K | | |
| 75. UBS Financial Services, Inc. | | | | | | | | | |
| 76. -First Horizon Nat'l Corp. FHN | A | Dividend | K | T | | | | | |
| 77. -Jefferson Bank Shares, Inc. JBFI n/k/a Home Trust Bank shares (HTBI) | | None | J | T | | | | | |
| 78. -Blackrock Muniholdings Quality Fund, Inc. MUS | D | Dividend | M | T | | | | | |
| 79. -Blackrock Muniyield Quality Fund III, Inc. MYI | C | Dividend | L | T | | | | | |
| 80. -Blackrock Muniyield Quality Fund, Inc. CLB, MQY | C | Dividend | L | T | | | | | |
| 81. -Blackrock Muniyield Quality Fund II, Inc. MQT | B | Dividend | K | T | | | | | |
| 82. -Nuveen Quality Muni Fund Inc. NQI | D | Dividend | M | T | | | | | |
| 83. -Blackrock Muni Yield Fund, Inc. MYD | D | Dividend | L | T | | | | | |
| 84. -American Balance Fund-529A Fund #1011 CLBX-Balanced track | A | Interest | J | T | | | | | |
| 85. -American Balance Fund -529A Fund # 1011 CLBX-Balanced track | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Dennis L. | 09/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Blackrock MuniYield Fund, Inc. (X) | B | Interest | K | | Buy | | | | |
| 87. Spruce Pine #1 (X) | | None | M | W | | | | | |
| 88. Spruce Pine #2 (X) | | None | N | W | | | | | |
| 89. Spruce Pine #3(X) | | None | K | W | | | | | |
| 90. Arbuckle #1(X) | | None | M | W | | | | | |
| 91. UBS-IRA (X) | B | Interest | K | | | | | | |
| 92. -UBS Bank USA Deposit (X) | | | | | | | | | |
| 93. -Strategic Global Income Fund (X) | | | | | | | | | |
| 94. Wells Fargo Bank (X) | A | Interest | K | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts

(#64) Rental Property #4. In regard to this property, this property value was originally based upon the tax valuation as assessed by the Yancey County Tax Collector at $89,060.00. The last assessment was performed in the year 2008. This property was given to the filer prior to 2004 by the filer's parents. A portion of the property was sold on May 23, 2014 to the NC- DOT as a part of a road condemnation proceeding against the filer and his spouse by the DOT. The sales price for a portion of the property was $191,000. These funds were deposited in an account at TD Bank (#67). These funds were used to pay for construction of a new dwelling house on the remainder of the property. The property now has a fair market value of N.

(#67) The funds deposited in this account was a result of the road condemnation proceeding described in #64 The funds that were deposited into this account were used to pay for the construction of a new dwelling house on the remainder of the property.

(#74) These funds were used to purchase a new bond which is the NC Med Care Community Health Care bond listed as #73.

(#83) The 2014 Financial Disclosure form listed this as being an ownership of UBS stock. This was in error. No UBS stock has ever been owned and that item has been deleted.

(#84) and (#85) Each of these two funds are investments for the college education of my grandchildren. I can select only the general investment strategy of these plans and have chosen the balanced track. I do not own, nor can I select, the specific stocks, bonds, or other assets.

(#86) Blackrock Muni Yield Fund, Inc. - This investment has not been previously listed. The failure to list this investment was in error. This investment was purchased on October 17, 2012.

I.Positions and VII #87, #88, #89, #90, #91, #92, #93 and #94.

In June 2015, the mother of the filer of this disclosure form became deceased. The filer was named as the executor of his mother's estate and this has been reflected in "I. Positions". As a result of the death of the filer's mother, the filer inherited the real properties described as (#87) Spruce Pine #1, (#88) Spruce Pine #2, (#89) Spruce Pine #3, and (#90) Arbuckle #1. The filer also was also the beneficiary of an IRA account owned by his mother (#91). The filer has listed the IRA and the two investments (#92) & (#93) that make up this account. The filer's mother also had a checking account at Wells Fargo Bank (#94). The filer's mother had placed this account in the name of herself and the filer jointly with rights of survivorship. This account passed to the filer.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dennis L. Howell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544